UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cr-00594-HEA-SRW |
| | ) |
| JULIAN ALCALA, | ) |
| | ) |
| Defendant. | ) |

## **MOTION TO TRAVEL**

COMES NOW Defendant, Julian Alcala, by and through counsel, and hereby moves this Court, pursuant to 18 U.S.C. § 3145(a)(2), to permit him to travel out of district for the purposes identified below. In support of this Motion, Defendant states as follows:

1. On November 15, 2024, this Court issued an order setting the conditions of release for Defendant Julian Alcala in this matter, which includes a condition restricting Alcala from traveling outside of the Eastern District of Missouri without the Court's permission. [*See* Doc. Text # 11].

2. Defendant now seeks to travel to Branson, Missouri from September 11, 2025 through September 14, 2025 for a family vacation.

3. If permitted to do so, Defendant would leave his residence and drive to Branson, MO on September 11, 2025. There, he and his family would reside at an Airbnb property (located 3107 S. Vineyard Terrace, Unit #1, Branson, MO 65616) until their departure on September 14, 2025, when they will drive home.

4. To date, Defendant has complied with all conditions of bond.

5. Defendant has given no reason to this Court or any individual to presume that his travel will present either a meaningful risk of flight or a danger to the community.

6. Defendant, through counsel, has discussed this matter with Assistant United States Attorney, Christine Krug. Ms. Krug defers her position to that of Pretrial Services.

7. Defendant, through counsel, has discussed this matter with United States Pretrial Services Officer, John Flick. Mr. Flick is not opposed to this request.

8. Defendant agrees to provide any requested travel information to Pretrial Services, should his request be granted.

WHEREFORE, Defendant respectfully requests this Honorable Court permit him to travel for the purposes identified above.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON, PC

By: */s/ Jeff B. Becker*
JEFF B. BECKER, #74560MO
Attorney for Defendant
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050
jbecker@rsfjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Courts electronic filing system upon Ms. Christine Krug, Assistant United States Attorney.