UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cr-00594-HEA-SRW |
| | ) |
| JULIAN ALCALA, | ) |
| | ) |
| Defendant. | ) |

**<u>FIFTH MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS</u>**

Defendant, Julian Alcala, by and through counsel, moves this Court to extend the time to file pretrial motions by a period of thirty (30) days. In support of this Motion, Defendant states as follows:

1. By order of this Court, Defendant's pretrial motions are due on September 9, 2025.

2. Defendant was arraigned on November 15, 2024.

3. Defense counsel requires additional time to review discovery, confer with Defendant, and consider his options before a determination can be made on which pretrial motions, if any, to file.

4. The district court has not yet scheduled a trial date for this case. Thus, Defendant's request will not necessitate a continuance of a trial setting and should not burden the district court.

5. For these reasons, the instant Motion is necessary to provide counsel for the "defendant ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, "the ends of justice served by [granting this Motion] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

6.   Counsel has discussed this matter with Assistant United States Attorney, Christine Krug. Ms. Krug has no objection to Defendant's request.

WHEREFORE, Defendant respectfully requests this Court extend the time to file pretrial motions by a period of thirty (30) days.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON, P.C.

By:   */s/ Jeff B. Becker*
JEFF B. BECKER, #74560MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, MO 63105
(314) 862-4332/Facsimile (314)862-8050
jbecker@rsfjlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.