# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | 4:24-cr-594 |
| | ) | |
| JULIAN ALCALA, | ) | |
| Defendants. | ) | |

## REQUEST FOR LIMITED ENTRY OF APPEARANCE TO SEEK A STATUS CONFERENCE

COMES NOW, Plaintiffs, by and through counsel, and for their request for limited entry of appearance to seek a status conference, state:

1. Counsel represents multiple Plaintiffs in a civil action filed in this court, *G.E.S. et al. v. City of Florissant and Julian Alcala* ("Civil Action"). All Parties in that case are seeking a deposition of Mr. Alcala. However, there is currently a stay in the Civil Action while this matter is proceeding.

2. On January 9, 2026, there was a status conference in the Civil Action. Concerns were raised and discussed ensued addressing whether Mr. Alcala had Fifth Amendment protections between the guilty plea and sentencing. Cases across the Circuits go both ways. Rather than debate, Judge Dueker suggested with discuss with this Court whether there might be time between sentencing and Mr. Alcala surrendering that the parties to the Civil Action can take his deposition.

3. The Civil Action has 20+ Plaintiffs represented by seven attorneys. It would be a nightmare to arrange for all counsel to travel to and depose Mr. Alcala after he surrenders. Further, the parties would incur additional, unnecessary, expenses.

4. All parties to the Civil Action are in favor of this plan.

5. To discuss further and to answer any questions the Court might have, the parties in the Civil action request a status conference with the Court.

6. Counsel for the government and Mr. Alcala were not opposed to a status conference with the Court.

WHEREFORE, the parties for the Civil Action ask the Court to grant this Request, order a Status Conference, and for any further relief the Court deems appropriate under the circumstances.

Respectfully submitted,

PLEBAN & ASSOCIATES LAW, LLC

by:    /s/ J.C. Pleban          
J.C. Pleban, MO Bar No. 63166
jc@plebanlaw.com
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666
314-645-7376 (FAX)

*Attorney for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via the Court's filing system this 2nd day of February, 2026.

   /s/ J.C. Pleban