CHARACTER REFERENCE LETTER FOR COURT

EXHIBIT A

Mr. Luke Holder
6735 Bailey Farm Rd,
Imperial, MO 63052

To whom it may concern:

My name is Luke Holder, Executive Pastor at Encounter Church, and I am writing to offer a character reference for Julian Alcala, whom I have had the privilege of knowing for 17 months as a church member, small group bible study member, and volunteer on serving teams. With their court proceedings concerning the charges against Mr. Alcala during his time as a law enforcement officer, I am sharing my observations based on our interactions since that time in his life.

When I first met Julian, he was reserved and distant. Something changed, and I observed a resolve to change in Julian over the coming weeks. He decided to turn from a lifestyle of sin, believe Jesus died for his sins upon the cross, and put his faith and trust in Jesus as his Savior. We baptized him as an outward sign of this inward expression of his heart.

Julian Alcala joined my small group Bible study in September of 2024 and exhibited a growth mindset, humility, and integrity. He was a different person from the one I had first met. This new Julian humbly shared about his shortcomings in group discussions. He was openly looking for help on how he could grow in his relationship with God, asking for accountability. His integrity was seen as he would correct himself for even the tiniest lie in conversation…the kind of thing that could be understood as not telling the "full truth", Julian would stop the conversation to confess, and instead wanted everyone to know the full truth. His commitment to growth was seen in his regular weekly attendance pattern that paralleled his attendance on another evening of the week to Celebrate Recovery.

Julian's desire to serve others through using his skills and his commitment to tenacity were seen in projects around our church renovation and community outreach as seen on the subsequent page's Volunteer Log. He made sure that projects were executed according to plan, like mounting dry-erase boards and directional signage to the wall level. This required sacrifice and making additional trips to the building to follow through. In addition to this, he also followed through on his commitments by showing up to serve as an usher at scheduled times.

On March 8th, 2025, we attended the COMO Christian Men's Conference together. During the commute, Julian shared about his past growing up, his time in the Army, and opened up about his shortcomings as a boyfriend and husband. I could hear how he was resolved to live differently. After spending the day listening to Dr. Chris Harper, Dr. Johnny Parker, Colby Corsaut, and David Dusek, I saw more change in perspectives on life. Because Julian had finished his Step Study with Celebrate Recovery and was stepping up to help other men seek healing for their hurts, hang-ups, and habits.

It is my hope that the court takes this letter into consideration as a display that the Julian Alcala here today is not the same Julian Alcala whom I met 17 months ago. Understanding the serious nature of the charges, I respectfully request that the court consider a sentence that mitigates the effects of Julian's absence from his family while opening doors for additional rehabilitation and opportunity for growth. I am convinced that Julian will view this situation as an opportunity for personal growth for generations to come and will become an even greater asset to the community.

**Volunteer Log**

The following is a record of hours that Julian has served in the past 14 months:

1. Usher Team: 3 hours a month serving as an usher for our worship services for a year = 36 hours

2. Special Events Team: 3 hours for special events (Grand opening, two Sunday fun days)= 9

3. Building and Maintenance Team: 10 hours of mounting signage, dry erase boards, and soundproofing panels =  10 hours

4. Community Outreach Tornado Cleanup Team: Saturday workday = 6 hours

5. Celebrate Recovery Team: Leading CR 1.5 hours for 10 weeks so far = 15 hours

**Total across these teams and service days: 76 Hours**



Gracelife Chapel

1 Victory Dr.

Pevely, MO  63070

11/20/25

To Whom It May Concern,

I am writing to confirm that Julian Alcala has been actively attending the Celebrate Recovery Step Study at Gracelife Chapel. He has been a committed participant since 9/24 and graduating in August of that year.  He has now graduated from his 2nd step study on 4/25 and regularly attending Friday night meetings as well.  He is actively engaging in the recovery process.

Celebrate Recovery is a Christ-centered recovery program that helps individuals work through their hurts, habits, and hang-ups using biblical principles and the 12-step process. Participation in the Step Study includes working through the Celebrate Recovery curriculum, self-reflection, and group discussions to promote personal growth and healing.

If you require any further information, please feel free to contact me at 314-698-6599.

Sincerely,

Dan Byerly

Ministry Leader

Celebrate Recovery Gracelife Chapel

To Whom It May Concern,

    My name is Marcy Wokurka and I am Julian Alcala's mother-in-law. I am writing on behalf of Julian as he approaches his sentencing for the charge of invasion of privacy. I understand the seriousness of this matter, and I want to begin by acknowledging that Julian fully recognizes the gravity of his actions and the harm they have caused. He does not offer excuses. He accepts responsibility. Over the recent year, I have witnessed a significant and genuine change in Julian. This has not been a superficial change, but a deep transformation rooted in his renewed relationship with Jesus Christ. Through prayer, Scripture, and honest reflection, Julian has confronted the choices that led him to this point. He has spoken openly about his remorse and his desire to live a life that honors God and respects the dignity of every person.  A significant part of Julian's growth has come through his involvement in Celebrate Recovery. He has been faithfully attending for over a year and has completed a full Step Study, demonstrating commitment, consistency, and a sincere desire to address the deeper issues that contributed to his behavior. In addition, Julian has taken the initiative to start a Celebrate Recovery program at his own church. This step speaks to his desire not only to change himself but to help others find healing, accountability, and restoration as well. Julian has a heart for the broken and wants people to know about the love and grace of God. Julian is also a devoted husband and the father of three young boys. His family means everything to him, and this experience has opened his eyes to his responsibility as a leader, protector, and example to his children. He is determined to show them what it means to own one's mistakes, seek forgiveness, and live differently. His wife and children rely on him, and he is committed to being present, responsible, and worthy of their trust. I believe that Julian is capable of walking a new path. His faith has become the center of his life, guiding his decisions, shaping his character, and challenging him to be accountable. The man I see today is not the same man who committed this offense. He is seeking restoration, not simply leniency. Thank you for taking the time to consider these words. I offer them with respect for the Court and with hope that you may see the sincere transformation taking place in Julian's life.

    Sincerely,

    Marcy D. Wokurka



Hello!

My name is Michael Wokurka. I am Julian Alcala's Father-In-Law. I wanted to write a letter about Julian, and my perspective of the situation he finds himself in.

A little about me; I own a real estate brokerage in Hillsboro, MO called Equity Real Estate. I have been doing real estate for 20 years. I have been going to church at First Baptist Desoto in Desoto, MO for 25 years. I have been an active member there- I drove a bus picking kids up for church, taught Sunday School to kids aged 2 all the way up through high school. I have coached kids in the basketball league they run there, and also helped run the high school basketball league there for a few years. I am also a Trustee at the church. I have been married for 25 years now to my wife, and we have 8 children, along with 11 grandchildren. We have also fostered several children. Over the years, our home has always been open if someone needed somewhere to stay, and we would do our best to provide guidance for success in life when they left.

When I found out about what Julian had been doing, and why he was let go from the police department, I was very upset. I did not want to see him, or hear about him, and I expected him to go to jail. It made sense, Julians behavior prior to me knowing about this was a little off to me. He seemed distant from his children, would say odd things, and he didn't appear to celebrate his wife, my daughter, Jordan. I would ask her, "What did Julian get you for your birthday?, or "What did Julian do for you for Valentine's Day?"  She would say, "Nothing".  I didn't like hearing that. As a man I believe you should take care of your wife, celebrate those special moments with her, and for her. Julian wasn't involved in much beyond himself, and the three boys he and Jordan have, I don't think he was heavily involved with their lives either. After she found out what Julian had been doing, I talked to her about it. I thought she had grounds for divorce, and should divorce Julian. She can go on with her life, and Julian can have the consequences of his actions- alone and in jail.

I didn't talk to Julian for a while after that. I didn't want to see him, talk to him, or think of him. He started to go to church with Jordan and their boys. I was still skeptical. I thought he was just trying to keep his family unit together, trying to keep it from falling apart, for selfish reasons. I thought he was pretending like what had happened in the past didn't really happen. I heard Julian had been going to counseling himself, and going to marriage counseling with Jordan.  One day he came to my house to tell me what he had been doing in his past. He wanted to talk about it.  He wasn't there to make excuses. He was there to take ownership in his behavior. I asked him some things about his past, and what happened, what was done to him as a young person, and it made sense why some of those things would carry over into adulthood.

I have seen great growth in Julian since the days Julian's behavior first came to light. He treats Jordan better. He is involved more with their children, 3 boys. His demeanor is completely changed.  Julian smiles a lot more now. He is upfront with people about what he has done. He isn't proud of it, but he doesn't hide from it.  He has been in counseling, therapy, joined Celebrate Recovery, and goes to Step Study. Julian was baptized not long ago. He is in a men's bible study at church, and he is an usher there too. The discovery of what Julian had been doing in the past has set him free to move forward with life, and not be stuck in the dark, doing unethical and illegal things.

I wanted to see Julian punished as much as anyone, and I know he has to answer for the things he has done in court. I was told Julian may be going to prison to serve some time. Julian has been been upfront and accountable for his actions, and accepts responsibility for the things he has done.   I think prison should exist to rehabilitate someone so they can be a contributing member of society. Julian has gone through and continues to go through an ever-evolving rehabilitation, working on recovery, recovery  working through him, and it shows.

I am glad that Jordan did not listen to me and go get divorced. The story of redemption that can be told, and the lessons Julian has learned and continues to learn is something that can be a great witness for others.

And that is why I am asking the court to show leniency and mercy to Julian, I believe he is constantly seeking to grow, to become better, continuing with counseling and therapy,  and he is becoming a better contributor of society.

Thank you for taking the time to read this,

Michael Wokurka

314-603-5858

# Character Reference for Julian Alcala

To Whom It May Concern,

My name is Amy Ratliff, and I am writing on behalf of Julian Alcala, whom I have known for the past two years as a sister in Christ. During this time, I have had the opportunity to serve alongside Julian in various ministry capacities and have witnessed his consistent commitment to his faith, his community, and his personal growth.

Julian currently serves faithfully in several roles within our church, including leadership within our Celebrate Recovery ministry, where he guides and supports others walking through difficult seasons of life. His leadership is marked by humility, compassion, and a genuine desire to help others find healing and hope. I also had the privilege of witnessing his baptism, a moment that reflected his sincere dedication to living a life aligned with his faith.

Throughout the time I have known him, Julian has demonstrated honesty and accountability. He has openly accepted responsibility for his actions and has expressed the deep importance of God's work in his life. I have seen him take meaningful steps toward growth, restoration, and positive change, both personally and spiritually.

In addition to his service within the church, Julian is a devoted leader within his family. He strives to be a steady, dependable presence for his loved ones and takes seriously the responsibility of setting a positive example. I have seen him work intentionally to strengthen his relationships, provide emotional and spiritual support, and cultivate a home environment grounded in faith, accountability, and love. His desire to grow as a man of integrity is evident in the way he cares for and leads his family.

It is from this place of firsthand experience that I offer this character reference. Julian is someone who cares deeply about becoming a better man, serving others, and honoring the commitments he makes. I believe he has the capacity to continue moving forward in a positive direction and to contribute meaningfully to his family, church, and community.

Thank you for your time and consideration.

Sincerely,

Amy Ratliff

Re: Character Letter for Julian Alcala

Dear Judge Autrey,

I am writing this letter in support of my husband, Julian Alcala. My name is Jordan; Julian and I have been married for almost 8 years, and we have three little boys. I understand the seriousness of what Julian has done, and I want to share with you the Julian I have gotten to know and enjoy since the start of the investigation.

There is no single excuse possible for the choices Julian has made, but it has made him and our family better. He has grown and changed in ways I could've only dreamt prior to the investigation. He is the best father to our boys and an even better husband and partner. He is incredibly present and always ready to help them grow and learn new things. Julian has since devoted his life to being the best version of himself possible. He is hard working and resilient despite what it may seem based on his prior actions.

Through this time, we've had together, Julian has become a leader in our family and our church. He has made that a priority to include Celebrate Recovery. Julian has taken the time to make people feel seen despite any choices they've made. He serves in the church on Sundays and anytime he's asked.

While he is not perfect, and I certainly do not agree nor excuse the choices that were made, I can say honestly that no matter the consequence, he will continue to grow no matter where that is. He has truly taken this situation seriously and as an unfortunate lesson that came with consequences, he has never imagined himself. I believe Julian will continue to use it and grow and take away the positives of the situation.

His presence in our home is so important for our emotional and financial stability in our family. I am hopeful that you will consider this when sentencing Julian while also remaining impartial to the victims. I respectfully ask for leniency as you make your decision.

Sincerely,

Jordan Alcala

**Subject: Character Reference for Julian Alcala**

I am writing in reference to a dear friend, Julian Alcala, whom I have known for about a year. During this time, I have come to know him as a loyal and supportive friend, and a man who has demonstrated a strong, genuine commitment to personal growth and positive change.

In my personal experience, Julian has always shown exceptional kindness. He has been a great friend to me, consistently reliable and compassionate during challenging times in my life. Furthermore, Julian has interacted with my family, including my children, on regular occasions. His interactions were always marked by patience, respect, and a thoughtful, engaging demeanor, making him a welcome presence around my family.

Beyond our friendship, Julian has served as a mentor and accountability partner to me as I navigated my own struggles. His ability to listen without judgment and provide consistent encouragement was invaluable. This experience allowed me to see Julian's character firsthand—he is someone who takes his responsibilities seriously and genuinely invests in the well-being of others.

The past year, in particular, has showcased Julian's commitment to self-improvement. I have witnessed his dedication to a spiritual journey and, notably, his participation in a recovery program, such as Celebrate Recovery. His commitment to sobriety and accountability over the time I've been lucky to know him is a testament to his resilience and strength of character. This journey represents a significant transformation and underscores his determination to overcome past difficulties and lead a meaningful, productive life for him and his wonderful wife and kids.

I believe Julian possesses the character, strength, and desire necessary to continue on his current path of recovery and to make a positive contribution to the community.

Thank you for your time.

Sincerely,
Kevin Lashley



November 25, 2025

To Whom It May Concern,

My name is Andrew Garner, and I serve as the volunteer Safety Team Leader at Encounter Church in Arnold, Missouri. I also lead a men's Bible study that meets every Saturday morning at 7:00 AM at the Chick-fil-A in Arnold. I am writing to provide a character reference for Julian Alcala.

Julian began attending our Bible study during one of the most difficult seasons of his life. When he first joined, Julian was a broken man—deeply depressed, burdened with guilt, and struggling as a husband and father. Despite these challenges, he consistently showed up, even when it was clearly difficult for him to do so. During the first couple of months, the depression and guilt he was living with had him so beaten down that he appeared physically and psychologically sick to the group attendees. Over time, Julian began to open to our group, sharing his pain and remorse with remarkable honesty. His willingness to be vulnerable, many times to the point of tears, in a public setting was humbling and demonstrated a sincere desire for change.

In the months that followed, I witnessed a profound transformation in Julian. He made the decision to surrender his life and circumstances to Jesus Christ, and that choice has changed everything about him. While this does not erase his past, Julian has accepted responsibility for his actions and is prepared to face the consequences. What I can attest to is that he is no longer the same man who made those mistakes.

Today, Julian is an active member of our church community. He participates in multiple small groups, attends services regularly with his family, and volunteers faithfully. I have seen him trade depression for joy, guilt for grace, and hopelessness for purpose. He is working hard to rebuild his marriage, provide for his family, and live a life of integrity. Julian's commitment to personal growth and service is evident to everyone who knows him.

I respectfully ask the court to consider Julian's transformation when determining his sentence. I firmly believe that Julian will contribute far more to his family, church, and community outside of prison than behind bars. He is a man who has repented, reformed, and is actively making a positive impact. Removing him from this path would not only affect his progress but also the many lives he is now influencing for good.

Thank you for your time and consideration. Please feel free to contact me if you have any questions or need further information.

Sincerely,
Andrew Garner
Safety Team Leader, Encounter Church
Leader, Men's Bible Study
314-412-6276
Andrew.Garner565@gmail.com



To whom it may concern,

    My name is Champ Callahan, I'm the Lead Pastor at Encounter Church in Arnold MO. I'm writing this letter on behalf of Julian Alcala's family to testify to what I have witnessed knowing Julian.

    I met Julian shortly after the incident happened. He was a man who had been shaken to his core looking for something in his life. He began attending church and connecting with myself and some of the other men and families. Shortly after attending, a transformation happened. Julian surrendered his life to Christ and it was a radical change. The man I met the first time he walked into church was gone. This was a new man who found purpose, reason, and peace in his Lord and Savior Jesus Christ. I've seen a lot of people get saved, this one was a night and day difference. I saw Julian taking responsibility for his life and his actions. I saw him being a better father and husband. I saw him surrounding himself with strong families in our church who lifted him up and made him a better man. I saw him wrestle with the fact that he knew the thing he did hurt people. I'm writing this letter to say that the Julian Alcala who committed these actions is no more. This is not the same man. Does that mean he didn't do it? No. But it means that this man has repented of his sin and God has forgiven him. I want you to know that I see a Julian who has been mentoring young men to help them not to make decisions like he did. I see a Julian who even though he has faults has earned the respect of other men in our community because he has owned those faults and is facing them with courage and grace. Not only do I vouch for his character, but I ask those involved in the case to take this into consideration. I understand what happened, but this man has changed. I know he has great potential to bring about good in this community if given the opportunity. So I humbly ask that this is considered when the decision is made in regards to prison time. Instead of putting him in a cell, allow him to make a difference in this community telling his story so others don't follow the same path. I've seen him do it and I know he will continue to make a difference. The second reason I ask to consider this in regards to prison time is on behalf of his wife and children. In life you can't just judge a person based on their failure, but you judge them fully on how they respond to failure. I've seen the way Julian has responded and it is the right way.

Sincerely,
Pastor Champ Callahan
Lead Pastor of Encounter Church